closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SOLIS, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAELS STORES PROCUREMENT COMPANY, INC.; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | **CLASS ACTION**<br><br>Case No. 2:22-cv-09133 RGK (MARx)<br><br>*Assigned to Judge R. Gary Klausner, Courtroom 850*<br><br>[PROPOSED] **ORDER RE JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL AND CLASS CLAIMS WITHOUT PREJUDICE** [15]<br><br>[Los Angeles County Superior Court Case No. 22STCV35835<br>Complaint Filed: November 10, 2022] |

---

The Court, having considered the Parties' Joint Stipulation to Dismiss Plaintiff's Individual and Class Claims Without Prejudice, and sufficient good cause shown for the requested relief, the Court hereby orders:

1. Plaintiff's individual claims are dismissed without prejudice.
2. Plaintiff's class claims are dismissed without prejudice.
3. The Parties shall be responsible for their own attorneys' fees and costs in connection with this matter.

**IT IS SO ORDERED.**

DATED: 1/17/2023

By: _____
Honorable R. Gary Klausner
United States District Court Judge